

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF AGING AND DISABLITY SERVICES, | § | No. 08-13-00202-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| SANDRA DELONG, | § | of El Paso, Texas |
| Appellee. | § | (TC# 2012-DCV-04738) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed as moot, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 2ND DAY OF APRIL, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.